UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SEACOR MARINE, LLC** | **CIVIL ACTION NO. 24-2409** |
| **VERSUS** | **JUDGE** |
| **GOL, LLC** | **MAGISTRATE JUDGE** |

## COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes SEACOR Marine LLC, who files this Complaint against GOL, LLC and alleges as follows:

### I.

SEACOR Marine LLC ("SEACOR") is a limited liability company organized pursuant to the laws of Delaware.

### II.

GOL, LLC ("GOL") is a limited liability company organized pursuant to the laws of the State of Louisiana.

## JURISDICTION AND VENUE

### III.

This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §1333. This lawsuit asserts admiralty and maritime claims within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure. Specifically, this lawsuit relates to the breach of various maritime contracts.

### IV.

Venue is proper in this Court pursuant to 28 U.S.C. §1391 in that the defendant resides in this district and a substantial part of the events or omissions giving rise to the clam occurred in this district.

**V.**

On or about May 17, 2018, SEACOR and GOL entered into a Brokerage Agreement pursuant to which SEACOR appointed GOL as SEACOR's agent for the purpose of, among other things, obtaining charters for SEACOR's vessels.

**VI.**

Pursuant to the Brokerage Agreement and GOL's role as SEACOR's agent, GOL arranged for the charter of certain SEACOR vessels to, as relevant to this lawsuit, Cox Operating, LLC ("Cox").

**VII.**

SEACOR provided the vessels pursuant to the charters arranged by GOL and SEACOR fully performed will all of its obligations under the Brokerage Agreement and the various charters.

**VIII.**

Cox did not pay charter hire when due and eventually declared bankruptcy. It is in the process of being liquidated and is unable to pay its debts, including a debt of approximately TWO MILLION SEVEN HUNDRED THOUSAND ($2,700,000.00) DOLLARS due to SEACOR for unpaid hire related to charters of SEACOR vessels brokered by GOL.

**IX.**

By virtue of the express language of the Brokerage Agreement, GOL was contractually obligated "…to undertake all reasonable efforts to collect charter hire from [Cox]."

**X.**

In addition to its express undertakings in the Brokerage Agreement, GOL owed fiduciary duties to SEACOR by virtue of their relationship as agent and principal, including GOL's obligation to provide information and an accounting to SEACOR regarding the chartering of SEACOR vessels to Cox and, in particular, sums received from Cox.

**XI.**

Despite due demand by SEACOR, GOL has refused to provide an accounting of GOL's dealings with Cox in connection with the chartering of SEACOR vessels, including payments made by Cox to GOL both prior and subsequent to Cox filing for bankruptcy protection.

**XII.**

On or about May 25, 2023, a date subsequent to Cox filing for bankruptcy protection, GOL and Cox, through its Chief Restructuring Officer, entered into a Trade Agreement pursuant to which GOL was paid the sum of THIRTEEN MILLION ($13,000,000.00) DOLLARS.  The Trade Agreement specifically provides that the payment was in satisfaction of debts incurred by Cox to GOL prior to its filing its petition seeking bankruptcy protection.  The unpaid charter hire owed to SEACOR was among those pre-petition debts owed by Cox to GOL.

**XIII.**

On information and belief, the post-petition sum paid to GOL by Cox included the amounts owed by Cox to SEACOR and should have been paid by GOL to SEACOR.  To date, GOL has not paid SEACOR any portion of the amounts due to SEACOR by Cox.  GOL's failure to pay such sums to SEACOR constitutes a breach of its contractual obligation to use "all reasonable efforts" to collect the amounts due to SEACOR.

**XIII**

In addition to its obligation to provide SEACOR with information and an accounting, GOL is liable to SEACOR for:

1. GOL's failure to use "all reasonable efforts" to collect charter hire from Cox;
2. GOL's failure to pay to SEACOR funds due to SEACOR which were, on information and belief, paid by Cox to GOL pursuant to the Trade Agreement; and,

3. GOL's other breaches of contract and breaches of its duties to SEACOR that will be proven at the trial of this matter.

WHEREFORE, SEACOR Marine, LLC prays that GOL, LLC be cited to appear and answer this Complaint; that it be served with a copy of the same; and that after due proceedings had, there be judgment in favor of SEACOR requiring GOL (1) to provide SEACOR with a full accounting of all business conducted by GOL with Cox in its capacity as SEACOR's agent; (2) to pay to SEACOR the full amount of $2,700,000.00, plus all costs, expenses and damages together with legal interest thereon and reasonable attorney's fees; and, (3) for all other such monetary and/or equitable relief as the Court finds appropriate under the circumstances of this case.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:  */s/ Arthur R. Kraatz*
Gary A. Hemphill (Bar #6768)
Arthur R. Kraatz (Bar #35194)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Telephone: 504 566 1311
Facsimile: 504 568 9130
Email: gary.hemphill@phelps.com
Email: arthur.kraatz@phelps.com

**ATTORNEYS FOR PLAINTIFF, SEACOR MARINE, LLC**