**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **SEACOR MARINE, LLC** | **CIVIL ACTION NO: 2:24-CV-02409** |
| **VERSUS** | **SECTION R:**<br>**DISTRICT JUDGE SARAH S. VANCE** |
| **GOL, LLC** | **DIVISION 3:**<br>**MAGISTRATE JUDGE EVA J. DOSSIER** |

## UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINES

**NOW INTO COURT**, through undersigned counsel, comes Defendant, GOL, LLC ("GOL"), which moves this Honorable Court for a 21-day extension of the deadline for discovery currently set for June 24, 2025.  If granted, the new discovery deadline would be July 15, 2025. GOL represents that such an extension is necessary as both parties need additional time to conduct essential corporate depositions. The parties have tentatively agreed to depose GOL's corporate representative on June 27, 2025, subject to the Court's approval of this Motion. GOL also expects that counsel for SEACOR will be providing a date shortly for completion of SEACOR's corporate deposition, with the understanding that the deposition of SEACOR may need to occur sometime after July 6, 2025 due to SEACOR's counsel having a planned vacation the week prior.

For the foregoing reasons, the parties believe that the 21-day extension is necessary to facilitate the completion of discovery. This Motion will not result in any undue delay or affect the trial date of September 8, 2025.  Counsel for GOL has contacted counsel for SEACOR and been advised that there is no opposition to the Court granting the relief requested herein.

**WHEREFORE**, for these reasons, GOL, LLC moves for an extension of the discovery deadline as set forth in the Court's Scheduling Order issued December 11, 2024.  (Rec. Doc. 8).

More particularly, GOL, LLC respectfully requests that the Court extend the deadline for discovery

to July 15, 2025.

                                                Respectfully submitted,

                                                ***/s/  Kyle A. Khoury***

                                                Kyle A. Khoury, T.A. (#33216)
Aaron B. Greenbaum (#31752)
Morenike Erinkitola (#41015)
PUSATERI, JOHNSTON, GUILLOT
& GREENBAUM, LLC
1100 Poydras Street, Suite 2250
New Orleans, Louisiana 70163
Telephone: (504) 620-2500
Facsimile: (504) 620-2510
Kyle.Khoury@pjgglaw.com
Aaron.Greenbaum@pjgglaw.com
Morenike.Erinkitola@pjgglaw.com
**ATTORNEYS FOR DEFENDANT, GOL, LLC**