**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **SEACOR MARINE, LLC** | **CIVIL ACTION NO: 2:24-cv-02409** |
| **VERSUS** | **SECTION R:**<br>**DISTRICT JUDGE SARAH S. VANCE** |
| **GOL, LLC** | **DIVISION 3:**<br>**MAGISTRATE JUDGE EVA J. DOSSIER** |

## MOTION FOR SUMMARY JUDGMENT ON BEHALF OF GOL, L.L.C.

**NOW INTO COURT**, through undersigned counsel, comes defendant, GOL, L.L.C., (hereinafter sometimes referred to as "GOL" or "Defendant"), which respectfully files this Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56, and moves this Honorable Court to enter judgment as a matter of law in favor of GOL, dismissing all claims against GOL with prejudice, for the reasons more fully set forth in the accompanying Memorandum in Support of Motion for Summary Judgment and supporting exhibits.

**WHEREFORE**, the premises considered, Defendant, GOL, L.L.C., respectfully requests that this Honorable Court grant the instant Motion and dismiss all claims asserted by the Plaintiff, SEACOR Marine, LLC, with prejudice.

Respectfully submitted,

*/s/ Kyle A. Khoury*
Kyle A. Khoury, T.A. (#33216)
Aaron B. Greenbaum (#31752)
Morenike Erinkitola (#41015)
PUSATERI, JOHNSTON, GUILLOT
& GREENBAUM, LLC
1100 Poydras Street, Suite 2250
New Orleans, Louisiana 70163
Telephone: (504) 620-2500
Facsimile: (504) 620-2510
Kyle.Khoury@pjgglaw.com

Aaron.Greenbaum@pjgglaw.com
Morenike.Erinkitola@pjgglaw.com
**ATTORNEYS FOR DEFENDANT, GOL,
L.L.C.**