**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **SEACOR MARINE LLC** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-2409** |
| **GOL, LLC** | **SECTION "C" (3)** |

**ORDER**

Considering the judgment and opinion issued by the Fifth Circuit on October 15, 2026, and filed with the court on November 6, 2026 (R. Docs. 76, 76-1);

**IT IS ORDERED** that the Scheduling Order issued on December 11, 2024, (Rec. Doc. 8) is vacated. The case manager will notice a scheduling conference to set post-summary judgment deadlines and trial and pretrial conference dates.

**IT IS FURTHER ORDERED** that no later than thirty (30) days following the date of this Order, a joint status report shall be filed containing:

(1) A list of all parties and their counsel;

(2) A list of all pending motions, the date the motion is set for hearing or was submitted for decision, whether oral argument has been requested, and whether an evidentiary hearing is needed;

(3) The dates and times of any scheduled conferences; whether the case is jury or non-jury; and the number of expected trial days;

(4) A brief description of the material factual disputes and legal issues in the case; and

(5) Whether settlement has been discussed.

New Orleans, Louisiana, this 23rd day of November 2026

WILLIAM J. CRAIN
UNITED STATES DISTRICT JUDGE